123 A.3d 730

IN THE MATTER OF HOWARD R. RABIN, AN ATTORNEY
AT LAW (ATTORNEY NO. 036332007).

October 22, 2015.

### ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in

DRB 15–244 of **HOWARD R. RABIN** of **PLAINSBORO,** who was admitted to the bar of this State in 2007;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 7.1(a)(1) (a communication about a matter in which the lawyer has a professional involvement that contains a material fact or law, or omits a fact necessary to make the statement considered as a whole not materially misleading);

And the parties having agreed that respondent's conduct violated *RPC* 8.4(c) and *RPC* 7.1(a)(1), and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having found that respondent violated only *RPC* 8.4(c) in this matter in respect of the draft surety bonds and having determined to dismiss the charged violation of *RPC* 7.1(a)(1), and having concluded that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV–2013–0366E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **HOWARD R. RABIN** of **PLAINSBORO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.